1   Cyrus Safa
    Attorney at Law: 282971
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
5
    Attorneys for Plaintiff
6   Rosalina Ceballos

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

ROSALINA CEBALLOS,                    )   Case No.: CV 11-08632 AGR
11                                     )
            Plaintiff,                 )   ORDER AWARDING EQUAL
12                                     )   ACCESS TO JUSTICE ACT
       vs.                             )   ATTORNEY FEES AND EXPENSES
13                                     )   PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                     )   AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,   )   U.S.C. § 1920
                                       )
15          Defendant                  )
                                       )
16  _____   )

17

18          Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20          IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

21  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

    DATE: November 26, 2012
23                                    _alicia G. Rosenberg_
24                                    _____
                                      THE HONORABLE ALICIA G. ROSENBERG
25                                    UNITED STATES MAGISTRATE JUDGE

26

                                      -1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ Cyrus Safa
     _____
4   Cyrus Safa
    Attorney for plaintiff Rosalina Ceballos
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26